1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 **EDGAR SALAZAR**                )        **CASE NO.  2:10-CV-01686-GGH**
                                    )
12                                  )
                                    )
13                                  )
                                    )        **STIPULATIONAND**
14                                  )        **ORDER EXTENDING PLAINTIFF'S**
           **Plaintiff,**           )        **TIME TO FILE SUMMARY**
15                                  )        **JUDGEMENT MOTION**
   **v.**                           )
16                                  )
   **MICHAEL J. ASTRUE**            )
17 **Commissioner of Social Security** )
   **of the United States of America,** )
18                                  )
           **Defendant.**           )
19                                  )
   _____ )

20

21          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

22  Plaintiff's time to file his summary judgment is hereby extended from February 4, 2011, to March 22,

23  2011.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing

24  schedule and need to insure older cases have briefing priority.

25

26  / / / /

27  / / / /

28  / / / /

1

1   Dated: February 4, 2011                 */s/Bess M. Brewer*

2                                   BESS M. BREWER
Attorney at Law

3                                   Attorney for Plaintiff

4

5   Dated: February 4, 2011                 Benjamin B. Wagner

6

7                                   United States Attorney

8                                   */s/ Cynthia B. De Nardi*
CYNTHIA B. DE NARDI

9                                   Special Assistant United States Attorney
Attorneys for Defendant

10

11                                      **ORDER**

12   APPROVED AND SO ORDERED.

13   DATED: February 9, 2011           /s/ Gregory G. Hollows

14                              _____

15                                   GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

16

17   salazar.eot

18

19

20

21

22

23

24

25

26

27

28