1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR SALAZAR** ) | CASE NO. 2:10-CV-01686-GGH |
| ) | |
| ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| **Plaintiff,** ) | |
| v. ) | |
| **MICHAEL J. ASTRUE** ) **Commissioner of Social Security** ) **of the United States of America,** ) | |
| **Defendant.** ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from March 22, 2011, to April 22, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: March 22, 2011 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: March 22, 2011 | Benjamin B. Wagner |
| | United States Attorney |
| | /s/ *Cynthia B. De Nardi* <br> CYNTHIA B. DE NARDI |
| | Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 23, 2011           /s/ Gregory G. Hollows
                                                  _____
                                                  GREGORY G. HOLLOWS
                                                  U.S. MAGISTRATE JUDGE