BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDGAR SALAZAR | ) | CASE NO. 2:10-CV-01686-GGH |
| | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER EXTENDING PLAINTIFF'S |
| **Plaintiff,** | ) | TIME TO FILE SUMMARY |
| | ) | JUDGEMENT MOTION |
| v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

Plaintiff's time to file his summary judgment is hereby extended to May 5, 2011. This extension is

required because Plaintiff's attorney has been operating at 50% for the last two weeks due to asthma

1

and allergies and as a result was not able to complete Mr. Salazar's summary judgment motion in a timely manner.

Dated: May 2, 2011   */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: May 2, 2011   Benjamin B. Wagner

United States Attorney

/s/ *Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 3, 2011   /s/ Gregory G. Hollows

U.S. MAGISTRATE JUDGE