1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
          333 Market Street, Suite 1500
5         San Francisco, California 94105
          Telephone: (415) 977-8961
6         Facsimile: (415) 744-0134
          Email: cynthia.denardi@ssa.gov
7
   Attorneys for Defendant
8

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| EDGAR SALAZAR, | ) CIVIL NO. 2:10-CV-01686-GGH |
|  | ) |
| Plaintiff, | ) **STIPULATION FOR EXTENDING** |
|  | ) **BRIEFING SCHEDULE AND** |
| vs. | ) **ORDER** |
|  | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| _____ | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

Counsel for the Commissioner requires additional time in order to respond to Plaintiff's arguments. Counsel's schedule has been impacted by mandatory full-day trainings on May 17-18, 2011 and May 25, 2011, and an appearance at an employment hearing on June 2, 2011. The current date is June 6, 2011. The new due date will be July 6, 2011.

1  The parties further stipulate that the Court's Scheduling Order shall be
2  modified accordingly.

3                                         Respectfully submitted,

4

5  Date:  June 2, 2011                    /s/ Bess M. Brewer*
                                            BESS M. BREWER
6                                       *(by email authorization 6/2/11)
7                                       Bess M. Brewer and Associates
                                      Attorney for Plaintiff
8

9                                       BENJAMIN B. WAGNER
                                      United States Attorney
10                                      LUCILLE GONZALES MEIS
11                                      Regional Chief Counsel, Region IX

12                                      /s/ Cynthia B. De Nardi
                                     CYNTHIA B. DE NARDI
13

14                                      Attorneys for Defendant

15                                          ORDER

16

17  APPROVED AND SO ORDERED:

18  DATED: June 4, 2011        /s/ Gregory G. Hollows
19                                    _____
                                   UNITED STATES MAGISTRATE JUDGE
20

21  Salazar.eot

22

23

24

25

26